UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

    Plaintiff,        CASE NO. 99-6007-CIV-DIMITROULEAS
                             MAGISTRATE JUDGE SELTZER

v.

TREBOR INDUSTRIES, INC., a
Florida corporation d/b/a
Brownies Third Lung,

    Defendant.
_____/



### ANSWER AND AFFIRMATIVE DEFENSES OF
### **PLAINTIFF UBS TO DEFENDANT'S COUNTERCLAIMS**

COMES NOW Plaintiff Undersea Breathing Systems, Inc. ("UBS") and for its answer and affirmative defenses to Counterclaims One, Two and Three states as follows:

1. UBS admits that this Court has jurisdiction over Counterclaim Count One, but denies that the Court has either ancillary or pendent jurisdiction over Counterclaims Two and Three.

2. UBS is without knowledge as to the allegations of ¶2 and therefore denies same.

3. UBS admits that it is a Nevada corporation with its principal place of business in Lake Worth, Florida.




## COUNT ONE - DECLARATORY JUDGMENT
## OF INVALIDITY AND NON-INFRINGEMENT

4.  UBS restates its previous answers to ¶¶1-3 as set out above.

5.  UBS admits that it is the owner of United States Patent 5,846,291 ("the '291 patent") and further admits that it has brought this action against Defendant Brownies for infringement of the '291 patent. UBS specifically denies each and every other allegation in ¶5.

6.  UBS denies each and every allegation of ¶6.

7.  UBS denies each and every allegation of ¶7, and further denies each and every incorporated affirmative defense and answer incorporated in ¶7.

8.  UBS denies each and every allegation of ¶8.

9.  UBS acknowledges that it is asserting infringement of the '291 patent by Brownies, but denies each and every remaining allegation of ¶9.

10. UBS denies each and every allegation of ¶10.

11.  UBS acknowledges that there is a case of controversy between UBS and Brownies, but denies each and every other allegation of ¶11.

12.  UBS denies each and every allegation of ¶12.

13.  UBS denies each and every allegation of ¶13.

### COUNT TWO - UNFAIR COMPETITION

14.  UBS restates its answers to ¶¶1-13, inclusive, as set forth above.

15.  UBS denies each and every allegation of ¶15.

16.  UBS denies each and every allegation of ¶16.

17.  UBS denies each and every allegation of ¶17.

### COUNT THREE - TORTIOUS INTERFERENCE WITH ADVANTAGEOUS BUSINESS RELATIONSHIPS

18.  UBS here restates and incorporates by reference its previous answers to ¶¶1-17, inclusive as set out above.

19.  UBS denies each and every allegation of ¶19.

20.  UBS denies each and every allegation of ¶20.

21. UBS denies each and every allegation of ¶21.

22. UBS denies each and every allegation of ¶22.

23. UBS denies each and every allegation of ¶23.

24. UBS denies each and every allegation of ¶24.

25. UBS denies each and every allegation of ¶25.

26. UBS denies that Brownies is entitled to any of the relief sought in the Prayer for Relief following ¶25 of its counterclaims.

## AFFIRMATIVE DEFENSES

27. As a first affirmative defense, UBS asserts that this Court lacks subject matter jurisdiction over Counts Two and Three of Brownies counterclaims.

28. As a second affirmative defense, UBS asserts that any of its actions complained of in Counts One-Three were privileged.

29. As a third affirmative defense, UBS asserts that Brownies counterclaim Counts Two and Three fail to state a claim upon which relief may be granted.

Respectfully submitted,

Herbert L. Allen
Florida Bar No. 114126
Brian R. Gilchrist
Florida Bar No. 0774065
Allen, Dyer, Doppelt, Milbrath
 & Gilchrist, P.A.
1401 Citrus Center
255 S. Orange Avenue
Post Office Box 3791
Orlando, Florida 32802
Telephone: 407/841-2330
Telefax  : 407/841-2343

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and exact copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF PLAINTIFF UBS TO DEFENDANT'S COUNTERCLAIMS** has been forwarded by First Class Mail to: Donna E. Albert, Esquire, Donna E. Albert and Associates, P.A., Intracoastal Building, 3000 N.E. 30th Place, Suite 309, Fort Lauderdale, Florida 33306 on this 17th day of March, 1999.

cc: Mr. William Delp, II