UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

       Plaintiff,

v.

TREBOR INDUSTRIES, INC., a
Florida corporation d/b/a
Brownies Third Lung,

       Defendant.

_____/

CASE NO. 99-6007-CIV-DIMITROULEAS
MAGISTRATE JUDGE SELTZER

ORDER GRANTING STIPULATION AND JOINT MOTION FOR
ENTRY OF AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE
OF PLAINTIFF'S AND DEFENDANT BROWNIES' CLAIM AND COUNTERCLAIM

**THIS CAUSE** came on for consideration upon the "Stipulation and Joint Motion for Entry of Agreed Order of Dismissal Without Prejudice of Plaintiff's and Brownies' Claim and Counterclaim" and the Court having reviewed the Stipulation and Joint Motion, it is

**ORDERED** that the Stipulated Motion is hereby granted. Plaintiff's infringement claim against Defendant Trebor Industries, Inc., d/b/a Brownies Third Lung and Defendant's counterclaim against Plaintiff are dismissed without prejudice, subject to the settlement agreement between these parties.  No person shall disclose the terms of the settlement agreement except that the parties may state that "The lawsuit between UBS and Brownies has been amicably settled and the terms thereof are strictly confidential.  Brownies will not be using the accused system until

1

ubs4-04.sti

the dispute between UBS and NTI has been resolved." The Court shall maintain jurisdiction over this matter and shall enforce the terms of the confidential settlement agreement between the parties. *All pending motions are DENIED as moot. The case is closed.*

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida this 19 day of April, 1999.

United States District Judge

cc:   Counsel of Record

ubs4-04.sti